**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAZARO SUAREZ, ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | Case No. 20-cv-5915 |
| ) | |
| Plaintiff, ) | Hon. Robert Dow, Jr. |
| ) | |
| vs. ) | Magistrate Jeffrey Cole |
| ) | |
| CHARLES TYRWHITT, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO WITHDRAW THEIR MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff respectfully requests this Court enter an order granting him leave to withdraw his Motion for a Preliminary Injunction. [ECF #30].

Defendant has represented to Plaintiff and the Court that they are no longer in possession of any of the Plaintiff or Class Member's biometric information. *See,* [ECF 42-1]. Based on these representations, the Motion for Preliminary Injunction is moot.

Dated: June 2, 2021

Respectfully submitted:
/s/ Michael W. Drew

Michael Drew
Neighborhood Legal LLC
20 N. Clark Street #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com

Michael Wood
Community Lawyers LLC
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Tel (312) 757-1880
mwood@communitylawyersgroup.com

*Attorneys for Plaintiff*